■ In the Matter of LAWRENCE CARP, Petitioner, v FREDERICK B. BRYANT, as a Justice of the Supreme Court, et al., Respondents. — Motion to dismiss petition dated July 13, 1984 granted, without costs. Since petitioner has an adequate remedy at law by way of appeal, the petition must be dismissed (CPLR 7801,

subd 1; *Matter of Jemzura v Lee,* 38 AD2d 865; *Matter of Kahn v Backer,* 21 AD2d 171).

Motion by petitioner to join certain individuals as necessary parties to this proceeding denied as academic, without costs. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.